**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

---

www.cand.uscourts.gov

Richard W. Wieking                                                                          General Court Number
Clerk                                                                                                   415.522.2000


**October 3, 2007**

**CASE NUMBER:  CV 07-02926 SBA**
**CASE TITLE:  PEOPLE OF STATE OF CA-v-ARASHIEK WESLEY WILLIAMS**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable RONALD M. WHYTE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/3/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                Clerk


NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 10/3/07AS |


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                     Transferor CSA