IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASHEIK WESLEY WILLIAMS,         ) | No. C 07-2926 RMW (PR) |
| Petitioner,      ) | ORDER OF DISMISSAL |
| vs.      ) | |
| PEOPLE OF THE STATE OF      ) CALIFORNIA,      ) | |
| Respondent.      ) | |

Petitioner, a state prisoner proceeding pro se, has filed a "petition for writ of error coram vobis" challenging his 1996 criminal conviction in the Santa Clara Superior Court.

A writ of error coram vobis is a "writ of error directed by a court of review to the court which tried the cause, to correct an error in fact." Black's Law Dictionary 337 (6th ed. 1990). It is doubtful there is any significant difference in American practice between the writ of corum nobis and the writ of corum vobis. See 11 Charles A. Wright, Arthur R. Miller, & Mary Kay Kane, Federal Practice and Procedure 2d § 2867 at 393 (1995); see also United States v. Dellinger, 657 F.2d 140, 144 n.5 (7th Cir. 1981) ("With rare exception, '[t]he distinction in American practice between coram nobis ("before us") and coram vobis ("before you") is only nominal.'") (quoting 7 Moore's Federal Practice § 60.14 at 46 (2d ed. 1979)).

1  Writs of coram vobis (and several other common law writs, including the writ of coram
2  nobis) have been abolished in federal civil actions. <u>See</u> Fed. R. Civ. P. 60(b).
3      A federal district court may not entertain a petition for a writ of coram nobis to
4  challenge a state conviction, and presumably this also applies to a petition for a writ of
5  coram vobis. <u>See Sinclair v. Louisiana</u>, 679 F.2d 513, 513-15 (5th Cir. 1982); <u>see</u> also
6  <u>Madigan v. Wells</u>, 224 F.2d 577, 578 n.2 (9th Cir. 1955) (writ of error coram nobis can
7  only issue to aid jurisdiction of court in which conviction was had).  Accordingly, the
8  instant petition for a writ of <u>coram</u> <u>vobis</u> is DISMISSED.  The clerk shall close the file.
9      IT IS SO ORDERED.
10 DATED: 10/10/2007        *Ronald M. Whyte*
                            RONALD M. WHYTE
11                          United States District Judge

1 | This is to certify that on ____10/12/2007_____, a copy of this ruling was mailed to the following:

Arasheik Wesley Williams
J-95411
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\Williams926dis          3