IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASHEIK WESLEY WILLIAMS,<br><br>    Petitioner,<br><br>  vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. C 07-2926 RMW (PR)<br><br>JUDGMENT |

    The court has dismissed the instant petition for a writ of <u>coram</u> <u>vobis</u> with prejudice. A judgment of dismissal with prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 10/10/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Williams926jud      1

1  This is to certify that on ___10/12/2007_____, a copy of this ruling was mailed to the following:
2
3
4  Arasheik Wesley Williams
   J-95411
   Avenal State Prison
5  P.O. Box 9
   Avenal, CA 93204
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28